

**DAVIS CAMPBELL**

*Associate*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5222
dcampbell@milbank.com | milbank.com

January 4, 2023

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Oronsaye-Ajayi*, No. 21 Cr. 609 (LAP)

Dear Judge Preska:

    I work with Antonia Apps, the CJA Panel member who represents Emmanuel Oronsaye-Ajayi in the above-captioned case. In advance of Mr. Ajayi's sentencing hearing on January 11, 2023, I write to supplement the record for sentencing with the attached letters, which Mr. Ajayi received in the mail after the deadline for filing his sentencing submission.

    Very truly yours,

    Davis Campbell

cc:    Kaylan E. Lasky (via ECF)
        Matthew Weinberg (via ECF)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO